## BOARD OF REVENUE SHELBY COUNTY v. WAYNE COUNTY AND HOME SAV. BANK.

### (Decided July 6, 1916.)

APPEAL from Shelby County Court.

Heard before Hon. E. S. LYMAN.

HAYNES & WALLACE, SAXON & ACUFF, and RUSHTON, WILLIAMS & CRENSHAW, for appellant.    G. W. L. SMITH, for appellee.

GARDNER, J.—Affirmed on authority of *Bd. of Rev. Shelby County v. Farson, Son & Co., infra,* 72 South. 613.

ANDERSON, C. J., MAYFIELD, SOMERVILLE and THOMAS, JJ., concur.

---

## WAYNE COUNTY HOME & SAVINGS BANK v. BIRD, TREASURER.

### (Decided July 6, 1916.)

APPEAL from Shelby County Court.

Heard before Hon. E. S. LYMAN.

G. W. L. SMITH, for appellant.    HAYNES & WALLACE, SAXON & ACUFF, and RUSHTON, WILLIAMS & CRENSHAW, for appellee.

Per curiam.—Affirmed on authority of *Farson Son & Co. v. Bird, Treas., infra,* 72 South. 550.